UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONALD A. MALLORY-BEY #142119,**

    Plaintiff,

v.   Case No. 04-71626
    Hon. Bernard A. Friedman

**PATRICIA CARUSO,** *et al.***,**

    Defendants.

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated June 24, 2005. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Steven D. Pepe's Report and Recommendation dated June 24, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's action is dismissed without prejudice.

   August 3, 2005                        s/Bernard A. Friedman
     Detroit, Michigan                BERNARD A. FRIEDMAN
                                                  CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

     **/s Patricia Foster Hommel**
       **Patricia Foster Hommel**
  **Secretary to Chief Judge Friedman**